UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 20-13401 |
| | : | |
| v. | : | Hon. Leda Dunn Wettre |
| | : | |
| MARK BELTER, | : | SEALING ORDER |
| DAVID C. LAUGHLIN, JR., and | : | |
| STEPHEN LUKE | : | |

This matter having been brought before the Court upon application of Craig Carpenito, the United States Attorney for the District of New Jersey (Jason S. Gould, Assistant United States Attorney, appearing), for an order sealing the criminal complaint and arrest warrant issued on this date against Defendants Mark Belter, David C. Laughlin, Jr., and Stephen Luke, and for good cause shown,

IT IS on this 8th day of September, 2020,

ORDERED that, except for such copies of the summonses as are necessary to accomplish its purpose, the Complaint, summonses and this Order be and hereby are SEALED until the initial appearances of all defendants occur or until further order of the Court.

_____
HON. LEDA DUNN WETTRE
United States Magistrate Judge